Case 1:25-cv-00021-SKO   Document 11   Filed 03/18/25   Page 1 of 2



United States District Court
Eastern District of California

| Ryan Cobbs | Case Number: 1:25-CV-00021-SKO |
|---|---|
| Plaintiff(s) | |

V.

| ATI Trucking, LLC, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eric M. Flagg hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

ATI Trucking, LLC and Bridgeway Logistics Group, LLC (incorrectly sued as "BRIDGEWAY")

On 04/22/2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of Ohio (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

David Sasser v. ATI Trucking, LLC, et al., Case No. 1:25-cv-00023-BAM, submitted 3/14/2025, pending

Date: 03/14/2025      Signature of Applicant: /s/ Eric M. Flagg

U.S. District Court – Pro Hac Vice Application    Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Eric M. Flagg

Law Firm Name: Benesch, Friedlander, Coplan & Aronoff LLP

Address: 127 Public Square, Suite 4900

City: Cleveland    State: OH    Zip: 44114

Phone Number w/Area Code: (216) 363-4500

City and State of Residence: Cleveland, OH

Primary E-mail Address: eflagg@beneschlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rachel Chatman

Law Firm Name: Benesch, Friedlander, Coplan & Aronoff LLP

Address: 100 Pine Street, Suite 3100

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (628) 600-2250    Bar #: 206775

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/17/2025

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT