Rachel Chatman (CA 206775)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
rchatman@beneschlaw.com

Joseph N. Gross (*pro hac vice*)
Eric M. Flagg (*pro hac vice*)
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
jgross@beneschlaw.com
eflagg@beneschlaw.com

Attorneys for Plaintiffs
Ryan Cobbs and David Sasser

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN COBBS,<br><br>Plaintiff,<br><br>v.<br><br>ATI TRUCKING, LLC; PREMIUM TRANSPORTATION GROUP, INC., dba PEI OHIO, INC.; BRIDGEWAY; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:25-cv-00021-JLT-EGC<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND PARTY NAME**<br><br>(Doc. 41) |

**ORDER**

The Court, having reviewed the Plaintiffs Ryan Cobbs and David Sasser and Defendants ATI Trucking, LLC, Bridgeway, and PEI Ohio, Inc. (collectively, the "Parties") Joint Stipulation to Amend Party Name, (Doc. 41), and good cause appearing, **HEREBY ORDERS** as follows:

Pursuant to the Parties' Joint Stipulation to Amend Party Name, the docket and case caption for this action shall be amended to reflect the removal of Bridgeway as a named defendant and the substitution of Bridgeway Connects, Inc. as the properly named defendant party.

IT IS SO ORDERED.

Dated: **July 15, 2026**

UNITED STATES MAGISTRATE JUDGE